## IN RE QUALIFICATION OF H. E. COOPER AS ACTING PRESIDENT.

The constitutional qualifications required of a person in order to be eligible to the elective office of President, do not apply to the Minister of Foreign Affairs who acts as President, by virtue of the Constitution, during the temporary absence from the country of the President.

DEPARTMENT OF THE JUDICIARY,

Honolulu, H. I., February 28, 1898.

To THE CABINET OF THE REPUBLIC OF HAWAII,

Gentlemen:—Your communication of the 26th instant is received. You desire the opinion of the Justices of the Supreme Court upon the following question: "Does the provision in regard to disability to hold the office of President as set forth in Article 22 of the Constitution apply to the Minister of Foreign Affairs acting as President during the temporary absence of the President; and is the present Minister of Foreign Affairs disqualified from acting as President during the temporary absence of the President?" . Your communication states the facts in question as follows: "The present Minister of Foreign Affairs, H. E. Cooper, arrived in this country on the 7th day of June, 1890, has resided here ever since, and is a citizen of the Republic."

Article 22 of the Constitution under the caption "Qualifications of President" requires that in order to be eligible to the office of President, "a person shall be not less than thirty-five years of age; have been born in the Hawaiian Islands or resided therein for not less than fifteen years; and be a citizen of the Republic."

Article 36 of the Constitution, Section 1, prescribes that "in case of the temporary disability or absence from the country of the President, the Minister of Foreign Affairs, while such disability or absence continues, shall act as President."

The President is now temporarily absent from the country, and, in obedience to the Constitution, the Minister of Foreign Affairs, Hon. H. E. Cooper, is acting as President. No question is made as to the constitutional qualification of Mr. Cooper to be Minister of Foreign Affairs. Mr. Cooper takes the office of Acting President by virtue of Article 36 of the Constitution, and to do so the only qualification that he must possess is that he be the Minister of Foreign Affairs. Whether Mr. Cooper be eligible to the elective office of President is altogether foreign to the question and cannot be inquired into. Mr. Cooper's functions as Acting President began when the President left the country and will cease when he returns.

We therefore answer both parts of the question, an answer to which is requested of us, in the negative.

We desire now to call the attention of the Cabinet to Article 87 of the Constitution, which prescribes as follows: "The Justices of the Supreme Court, when requested by the President or the Cabinet, shall render opinions *upon questions of law upon solemn occasions.*" We doubt very much whether the occasion which has given rise to the question submitted for our opinion is one of the character required in the Constitution.

Very respectfully submitted.

|  |  |  |
|---|---|---|
| ∕ | (signed) | A. F. Judd. |
|  | (signed) | W. F. Frear. |
|  | (signed) | W. Austin Whiting. |

Justices of the Supreme Court of the Republic of Hawaii.